### February 12, 1985

### (695 P2d 571)

State v. Kuhlmann, Richard George; State ex rel Blensly v. Kuhlmann (CA A27812)(SC S30971).
Reversed. *State v. Soriano,* 298 Or 392, 693 P2d 26 (1984).

### February 20, 1985

### (695 P2d 927)

State v. Derrick, Robert Lyle (CA A30227)(SC S31173).
The petition for review is allowed, limited to the issue of petitioner's sentence. On that issue, the decision of the Court of Appeals is reversed, and the sentence is modified to vacate the second sentence imposed under ORS 161.610. *State v. Hardesty,* 298 Or 616, 695 P2d 569 (1985).